**FILED: 1/14/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 14-00174-GHK |
| | ) | CR 05-00061-GHK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER REQUIRING RETURN</u> |
| | ) | |
| HUGO ALEJANDRO GRANADOS, | ) | <u>TO § 2255 MOTION</u> |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon Defendants Motion pursuant to Title 28, United States Code, Section 2255 filed herein, and good cause appearing:

   **IT IS HEREBY ORDERED** that the United States Attorney file an Opposition to the Motion on or before February 7, 2014, accompanied by all records, and that a copy of the Opposition be served upon Defendant prior to the filing thereof.

   **IT IS FURTHER ORDERED** that if the Defendant desires to file a Reply to the Opposition, he shall do so by February 21, 2014, setting forth separately: (a) his admission or denial of any new factual allegations of the Return, and (b) any additional legal arguments.  If Defendant fails to file a timely Reply, or otherwise does not dispute the Government's arguments in its Opposition, such failure shall be deemed Defendant's agreement with the Government's

1  Opposition on any matter not timely disputed or addressed by
2  Defendant.
3      **IT IS FURTHER ORDERED** that if any briefing or other paper
4  submitted to be filed and considered by the Court does <u>not</u> include
5  a Certificate of Service upon Plaintiff, or counsel for Plaintiff,
6  it will be stricken from this case and disregarded by the Court.
7      DATED: January 10, 2014

        _____
        GEORGE H. KING
        Chief U.S. District Judge